UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael E. Farbiarz |
| v. | Crim. No. 24-713 |
| JIMMIE BOWENS | **Second Amended Scheduling Order** |

This matter having come before the Court by a letter from Stephen N. Dratch, Esq., as attorney for the defendant Jimmie Bowens, and upon notice to the Office of the United States Attorney for the District of New Jersey (by Joseph Stern, Assistant U.S. Attorney) and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on the schedule for the exchange of discovery and this proposed amendment to the filing of pretrial motions; and the Court being advised by the Government's consent, having accepted such schedule, and for good cause shown,

It is on this 17th day of March, 2025, ORDERED that:

1. The Government shall provide discovery required by Federal Rule of Criminal Procedure 16(a)(1) and all exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before December 27, 2024.

2. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before January 17, 2025.

3. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2 and 12.3 on or before January 17, 2025.

4. The following shall be the schedule for pretrial motions:

   a. The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L.Civ.R. 7.1, on or before April 13, 2025;

   b. The Government shall file any response to the Defendant's pretrial motions on or before May 7, 2025;

   c. The Defendant shall file any reply on or before May 14, 2025;

   d. Oral arguments on pretrial motions shall be held on May 28, 2025 at 10:00 a.m.;

   e. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultations with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions; and

   f. Trial in this matter is set for November 3, 2025.

_____
Hon. Michael E. Farbiarz, U.S.D.J.